# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2019 ND 93

| | |
|---|---|
| Scott Horst, | Plaintiff and Appellee |
| v. | |
| Charlotte Horst, | Defendant and Appellant |
| and | |
| State of North Dakota, | Statutory Real Party in Interest |

No. 20180402

Appeal from the District Court of Morton County, South Central Judicial District, the Honorable Gail Hagerty, Judge.

AFFIRMED.

Per Curiam.

William Woodworth, Bismarck, ND, for plaintiff and appellee (on brief).

Charlotte Horst, self-represented, defendant and appellant (on brief).

## Horst v. Horst

## No. 20180402

**Per Curiam.**

[¶1]    Charlotte Horst appeals from a third amended judgment awarding a divorce and establishing primary residential responsibility, child support and parenting time of two minor children.  Charlotte Horst argues the district court erred in analysis of the best interest factors relating to parenting time and primary residential responsibility, abused its discretion in denying appointed counsel, and improperly disregarded a request for an annulment.  We summarily affirm under N.D.R.App.P. 35.1(a)(2), (3) and (4).

[¶2]    Charlotte Horst attempts to raise various constitutional and other claims, which we do not consider because her arguments were inadequately articulated, supported, and briefed.  *State v. Noack*, 2007 ND 82, ¶ 8, 732 N.W.2d 389.

[¶3]    Gerald W. VandeWalle, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jon J. Jensen
       Jerod E. Tufte